# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3237
LT Case No. 2023-CA-000639

_____

JEREMY AUSLEY,

Appellant,

v.

ULTIMATE TRAMPOLINE, LLC
d/b/a SUMMIT ADVENTURE PARK
of SPRING HILL, FLORIDA and
LUKE JONES,

Appellees.

_____

On appeal from the Circuit Court for Hernando County.
Donald Eugene Scaglione, Judge.

F. Catfish Abbott, of Abbot Law Group, P.A., and Bryan S. Gowdy and Dimitrios A. Peteves, of Creed & Gowdy, P.A., Jacksonville, for Appellant.

Scott A. Cole and Lissette Gonzalez, of Cole, Scott & Kissane, P.A., Miami, for Appellees.

November 13, 2025

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____